| Probation Form No. 35 (1/92) | Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date |
|---|---|

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

vs.   Crim. No. 1:93CR00064-001

Dennis William Sutton

    On 1/11/02 the above named was placed on Supervised Release for a period of 8 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Dennis William Sutton be discharged from supervision.

                        Respectfully submitted,

    by     s/ Jenniffe S. Inman
          Jenniffe S. Inman
          U.S. Probation Officer Assistant
          200 S. College Street, Suite 1650
          Charlotte, NC 28202-2005
          (704) 350-6604

Approved By:

    s/ Randall T. Richardson
Randall T. Richardson
Supervising U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

    Date: February 26, 2008

Richard L. Voorhees
United States District Judge